| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __7/14/2020__ |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
I.C., ET AL.,                                                      :
                                                                   :
                              Plaintiffs,                          :
                                                                   :      20-cv-05264 (ALC)
         -against-                                                 :
                                                                   :      ORDER
NEW YORK CITY DEPARTMENT OF                                        :
EDUCATION, ET AL.,                                                 :
                                                                   :
                              Defendants.                          :
                                                                   x
------------------------------------------------------------------
```

**ANDREW L. CARTER, JR., District Judge:**

Upon (i) the declaration of I.C., dated July 8, 2020, (ii) the declaration of Daniel Hochbaum, dated July 9, 2020, and the exhibits annexed thereto, (iii) the Memorandum of Law in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, (iv) the annexed complaint, (v) the letter and affidavit of Copatrick Thomas, dated July 14, 2020, and for the reasons stated on the record at the July 14, 2020 show cause hearing, the Court hereby GRANTS in part Plaintiffs' application for preliminary injunction. It is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 65, Defendants fund the outstanding balance of S.G.'s tuition for Fusion Academy for the 2019-2020 school year by **July 16, 2020** at **5:00 p.m**.

**SO ORDERED.**

Dated:   New York, New York
         July 14, 2020

*[signature]*
_____
**ANDREW L. CARTER, JR.**
**United States District Judge**