| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 7/14/2020 |

-------------------------------------------------------------------- x
I.C., ET AL.,                                                       :
                                                                    :
                          **Plaintiffs**,                           :
                                                                    :   **20-cv-05264 (ALC)**
           -against-                                                :
                                                                    :   **ORDER**
NEW YORK CITY DEPARTMENT OF                                         :
EDUCATION, ET AL.,                                                  :
                                                                    :
                          **Defendants**.                           :
                                                                    x
--------------------------------------------------------------------

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated on the record at the July 14, 2020 show cause hearing, the Court hereby GRANTS in part and DENIES in part Plaintiffs' motion to seal portions of certain exhibits to the Complaint and the Declaration of Daniel Hochbaum, ECF No. 11. The Court GRANTS Plaintiffs' request to redact Plaintiffs' names, address, and the month and day of birth of S.G. The Court DENIES Plaintiffs' request to seal the year of S.G.'s birth and dollar amounts.

The Court hereby ORDERS Plaintiffs to file public versions of the documents sought to be sealed that maintain the redactions the Court has granted, but remove redactions from S.G.'s birth year and dollar amounts on or by **July 16, 2020**.

As stated on the record, the Parties are ORDERED to submit a joint status report by **July 28, 2020**.

SO ORDERED.

Dated:    New York, New York
          July 14, 2020

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**