| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __8/31/2020__ |

I.C., ET AL.,

                          **Plaintiffs,**

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,

                          **Defendants.**

**1:20-CV-05264-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiffs' response to its Order to Show Cause. ECF No. 35. Therein, Plaintiffs indicate they are "withdrawing their claims, other than the claim for attorneys' fees, in specific reliance upon DOE's representations" that it will pay S.G.'s 2020-2021 tuition at Fusion Academy. ECF No. 35 at 4. The Court therefore respectfully directs the Clerk of Court to close the above-captioned case. The Court will consider any petition for attorneys' fees on the previously ordered schedule.

**SO ORDERED.**
        **New York, New York**
**Dated**:   **August 31, 2020**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**